**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| CLAY ADAM DAVIS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>GREEN DOT CORPORATION,<br>　　a Delaware corporation<br><br>and<br><br>GREEN DOT BANK,<br>　　d/b/a "Bonneville Bank",<br><br>　　　　　Defendants | CASE NO.: 3:14-cv-01007-TJC-MCR |

**JOINT NOTICE OF SETTLEMENT
AND REQUEST FOR A SIXTY DAY ORDER**

　　COME NOW the Plaintiff, CLAY ADAM DAVIS ("Plaintiff") and the Defendants GREEN DOT CORPORATION and GREEN DOT BANK ("Defendants") by and through their undersigned attorneys and hereby request that the Court dismiss this action against Defendants without prejudice.  The parties further request that the Court enter a sixty-day Order which:

　　(1)  retains jurisdiction over this case for a period of sixty (60) days in order to enforce the  terms of the Release And Settlement Agreement and provides that (2) the Order shall automatically become a dismissal with prejudice unless a party moves to reopen the case within sixty (60) days of entry of the Order.

Dated:  November 6, 2014

| LAW OFFICE OF DONALD E. PETERSEN | GENOVESE JOBLOVE & BATTISTA, P.A. |
|---|---|
| By:  /s/ *Donald E. Petersen*<br>     Donald E. Petersen, Esq.<br>     PO Box 1948<br>     Orlando, Florida 32802-1948<br>     Petersen221@yahoo.com<br>     Attorney for Plaintiff | By:  /s/*Aaron S. Blynn*  [1]<br>     Aaron S. Blynn (Florida Bar No. 0073464)<br>     ablynn@gjb-law.com<br>     Miami Tower, Suite 4400<br>     100 Southeast Second Street<br>     Miami, Florida 33131<br>     Telephone:  (305) 349-2300<br>     Facsimile:  (305) 428-8803<br>     Attorneys for Defendants |

---

[1] This joint motion is being filed with the authority of Plaintiff's counsel, Donald E. Petersen, Esq.

NJ01\InneM\208216.1