**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLAY ADAM DAVIS,

    Plaintiff,

v().                                          Case No:   3:14-cv-1007-J-32MCR

GREEN DOT CORPORATION, a
Delaware corporation and GREEN
DOT BANK,

    Defendants.

## O R D E R

The Court has been advised that this case has been settled (Doc. 13). The parties request that this Court retain jurisdiction for sixty days in order to enforce the settlement agreement and that the case be dismissed with prejudice if no party moves to reopen the case within those sixty days.

Accordingly, it is now

**ORDERED:**

1.    On **January 9, 2015** this case will automatically be dismissed with prejudice unless a party moves to reopen the case before that date.

2.    The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3.    All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 10th day of November, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

counsel of record

2